UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENDLEASE (US) CONSTRUCTION INC., <br><br> Petitioner, <br><br> v. <br><br> CHINA OCEANWIDE HOLDINGS LIMITED, <br><br> Respondent. | No. 2:20-cv-10738-JAK (MAAx) <br><br> **JUDGMENT** |

Judgment is entered in favor of Lendlease (US) Construction Inc. ("Lendlease") and against China Oceanwide Holdings Limited ("China Oceanwide") in the amount of **$42,657,373.95**, which is comprised of:

    A. The principal amount of **$38,440,000.00**;

    B. Pre-judgment interest calculated at **$1,746,849.81** through November 12, 2020;

    C. Pre-judgment interest at the rate of $10,351.51 per day commencing on November 13, 2020 and continuing through the day before the date of entry of judgment, in an amount to be calculated by the Court totaling **$2,308,386.73**;

    D. Attorneys' fees incurred and awarded in the arbitration in the amount of **$141,412.16**; and

    E. Administrative fees incurred and awarded in the arbitration in the amount of **$20,725.25**, all in accordance with the Final Arbitration Award of the American Arbitration Association, dated November 24, 2020.

Lendlease shall also recover against China Oceanwide post-judgment interest calculated pursuant to 28 U.S.C. § 1961 at a rate of .08% per annum commencing on the date of entry of judgment and computed daily to the date of payment.

**IT IS SO ORDERED AND ADJUDGED.**

Dated:   June 24, 2021

John A. Kronstadt
United States District Judge