Meredith A. Jones-McKeown, Bar No. 233301
MJonesMcKeown@perkinscoie.com
Oliver M. Gold, Bar No. 279033
OGold@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, CA  94105-3204
Telephone:  415.344.7000
Facsimile:  415.344.7050

Attorneys for Petitioner
Lendlease (US) Construction Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LENDLEASE (US) CONSTRUCTION INC.,<br><br>               Petitioner,<br><br>       v.<br><br>CHINA OCEANWIDE HOLDINGS LIMITED,<br><br>               Respondent. | Case No. 2:20-cv-10738-JAK-MAA<br><br>**PETITIONER LENDLEASE CONSTRUCTION INC.'S REQUEST FOR CONTINUANCE OF JUDGMENT DEBTOR EXAMINATION AS TO CHINA OCEANWIDE HOLDINGS LTD.**<br><br>Current Date:   October 1, 2021<br>Proposed Date:  November 23, 2021<br>Time:                 10:00 a.m.<br><br>Judge:     Hon. Maria A. Audero |

- 1 -

1
2
**TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

3
4
5
Petitioner Lendlease (US) Construction Inc. hereby requests continuance of the Judgment Debtor Examination as to China Oceanwide Holdings Ltd. from October 1, 2021 to November 23, 2021.

6
7
8
DATED:  September 29, 2021

**PERKINS COIE LLP**

9
By: */s/ Oliver M. Gold*
Oliver M. Gold

10
11
Attorneys for Petitioner
Lendlease (US) Construction Inc.

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28