UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.   2:20-cv-10738-JAK-MAA                                  Date:  **November 23, 2021**

Title   **Lendlease US Construction Inc v. China Oceanwide Holdings Limited**

Present:   The Honorable MARIA A. AUDERO, United States Magistrate Judge

| Narissa Estrada | CourtSmart 11/23/21 |
|---|---|
| Deputy Clerk | Zoom |

| Attorneys Present for Judgment Creditor: | Attorneys Present for Judgment Debtor: |
|---|---|
| Oliver Gold | John Foust |

**Proceedings:**   **JUDGEMENT DEBTOR EXAMINATION**

Case is called.  Counsel make their appearances.

Before the Court is the Judgment Debtor Examination of Judgment Creditor China Oceanwide Holdings Limited, set by Judgment Creditor Lendlease U.S. Construction, Inc. ("JDE"). On November 22, 2021, Judgment Debtor filed China Oceanwide's Objections to Judgment Debtor Examination. (ECF No. 43.)  Also on November 22, 2021, Judgment Debtor filed a Notice of Withdrawal of China Oceanwide's Objections to Judgment Debtor Examination. (ECF No. 44.)  A representative of the Judgment Creditor did not appear for the JDE.

The Court confers with the parties.  Based thereon, the Court **CONTINUES** the JDE to **January 10, 2022 from 3:00 p.m. to 6:00 p.m. and January 19, 2022 from 3:00 p.m. to 6:00 p.m.**

It is so ordered.

Time in Court:   0:15
NE