# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENDLEASE (US) CONSTRUCTION INC., <br><br> Petitioner, <br><br> v. <br><br> CHINA OCEANWIDE HOLDINGS LIMITED, <br><br> Respondent. | No. 2:20-cv-10738-JAK (MAAx) <br><br> **ASSIGNMENT AND RESTRAINING ORDER** |

1

Based on a review of Petitioner Lendlease (US) Construction Inc.'s ("Lendlease") *Ex Parte* Application for Assignment Order and Restraining Order Pursuant to California Code of Civil Procedure Sections 708.510 and 708.520 (the "Application" (Dkt. 54)), Respondent China Oceanwide Holdings Limited's ("China Oceanwide") Response to Temporary Restraining Order and Assignment Order (the "Response" (Dkt. 58)), Lendlease's Response to China Oceanwide's Non-Opposition (Dkt. 59), the subsequent Declaration of May Wan in Support of China Oceanwide's Response (Dkt. 62), sufficient good cause has been shown for the requested relief. Therefore, the relief requested through the Application is **GRANTED**, as follows:

1. China Oceanwide shall assign to Lendlease its interest in the monetary payment due or to become due from China Oceanwide's wholly owned subsidiaries, Oceanwide Resort HI LLC, Oceanwide Resort Paradise HI LLC, and Oceanwide Resort Community HI LLC (together, the "Oceanwide HI Subsidiaries"), or any of its other subsidiaries, from the sale of any of the properties listed below in Paragraph 2, up to the amount outstanding on Lendlease's June 24, 2021 judgment (the "Judgment"), which is at least $22,848,286.25 plus post-judgment interest at a rate of .08% per annum.[1]

2. The assignment referenced above in Paragraph 1 shall apply to the following properties located in the state of Hawaii:

   a. The real property situated at Honouliuli, District of Ewa, City and County of Honolulu, commonly known as Parcels 54B, 54C and 55, collectively containing an area of approximately 17.28 acres, consisting of (i) Lot 16113, as shown on Map 1260 filed in the Office of the Assistant Registrar of the Land Court with Land Court Application No. 1069 of the Trustees under the Will and of the Estate of James Campbell, Deceased (LCA No. 1069) containing an area of approximately 3.237 acres, (Parcel 54B); (ii) Lot 16114 as shown on Map 1260 of

---

[1] Prior to the closing of the sale of the Lot 1 Parcels, Lendlease shall inform China Oceanwide of the then current amount outstanding under the Judgment, which amount shall then be paid from escrow directly to Lendlease.

  LCA No. 1069 containing an area of approximately 6.229 acres (Parcel 54C); and (iii) Lot 4613 as shown on Map 451 of LCA No. 1069 containing an area of approximately 7.814 acres (Parcel 55);

  b. Lot 1 located within the Ko Olina Resort, 92-1047 Olani St Unit 1206, Kapolei, HI 96707 (the "Lot 1 Parcels");

  c. Lot 2 located within the Ko Olina Resort, 92-1047 Olani St Unit 1206, Kapolei, HI 96707 (the "Lot 2 Parcels");[2] and

  d. Kapolei West Hawaii, located at Oceanwide Resort, Kapolei, HI 96707.

  3. China Oceanwide, as well as its officers, agents, servants, employees, and attorneys, and any persons who are in active concert or participation with the foregoing, are ordered not to remove from the jurisdiction of this Court the proceeds from the sale or other disposition of the four properties listed above until the Judgment has been satisfied.

  4. In addition, and for the avoidance of doubt, China Oceanwide, as well as its officers, agents, servants, employees, and attorneys, and any persons who are in active concert or participation with the foregoing, are ordered not to accept the proceeds from the sale or other disposition of the four properties listed above in a manner that would prevent the proceeds from becoming subject to the jurisdiction of this Court.

**IT IS SO ORDERED.**

Dated: September 18, 2023  _____

               John A. Kronstadt

               United States District Judge

---

[2] China Oceanwide may pay certain closing costs that are required to be paid out of escrow pursuant to the terms of the purchase and sale agreement for the sale of the Lot 2 parcels, as described in Exhibit G of the Declaration of May Wan submitted on September 8, 2023, without violating this Order. *See* Dkt. 62.