UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | |
|---|---|---|
| Case No. | 2:20-cv-10738-JAK-MAA | Date: January 6, 2025 |
| Title | Lendlease US Construction Inc. v. China Oceanwide Holdings Limited | |

Present: The Honorable MARIA A. AUDERO, United States Magistrate Judge

| Cindy Delgado | C/S 01/06/2025 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney Present for Judgment Creditor: | Attorney Present for Judgment Debtor: |
|---|---|
| Oliver M. Gold | Daniel Sampson |

**Proceedings (in-Person):**     **Judgment Debtor Exam (ECF. 73)**

Case is called. Counsel for the parties make their appearance; a representative for Judgment Debtor does not appear.

The Court confers with counsel.

A separate Order will issue.

It is so ordered.

Time in Court: 0:25