1  Meredith A. Jones-McKeown, Bar No. 233301
   MJonesMcKeown@perkinscoie.com
2  Oliver M. Gold, Bar No. 279033
   OGold@perkinscoie.com
3  PERKINS COIE LLP
4  505 Howard Street, Suite 1000
   San Francisco, CA 94105-3204
5  Telephone: 415.344.7000
6  Facsimile: 415.344.7050

7  Attorneys for Petitioner
8  Lendlease (US) Construction Inc.

9
                    UNITED STATES DISTRICT COURT
10
                   CENTRAL DISTRICT OF CALIFORNIA
11
                         WESTERN DIVISION
12

13

14  LENDLEASE (US) CONSTRUCTION          Case No. 2:20-cv-10738-JAK-MAA
    INC.,
15                                       **ORDER FOR CHINA OCEANWIDE
              Petitioner,                HOLDINGS LIMITED TO APPEAR
16                                       AT JUDGMENT DEBTOR
17       v.                              EXAMINATION AND FILE
                                         DECLARATION**
18  CHINA OCEANWIDE HOLDINGS
    LIMITED,                             **AS REVISED BY COURT**
19
              Respondent.                Date:          January 21, 2025
20                                       Time:          1:00 pm
21                                       Courtroom:     780

22

23

24

25

26

27

28

## [~~PROPOSED~~] ORDER TO SHOW CAUSE

Upon Petitioner Lendlease (US) Construction Inc.'s ("Lendlease) Application for judgment debtor examination of China Oceanwide Holdings Limited ("China Oceanwide") (Dkt. 72), this Court ordered a representative of China Oceanwide to appear before the Court on January 6, 2025 at 10:00 am. (Dkt. 73, 74).

At that time, Oliver Gold of Perkins Coie LLP appeared as counsel for Lendlease and Daniel Sampson of Ralls Gruber and Niece LLP appeared as counsel for China Oceanwide at the above-referenced time and place; however, no representative for China Oceanwide appeared as ordered.

Accordingly, and in light of China Oceanwide's failure to appear for its judgment debtor examination, a representative of China Oceanwide is hereby ORDERED to appear before the Court in Courtroom 780 of the Robal Courthouse, located at 255 E. Temple Street, Los Angeles, California on **January 21, 2025 at 1:00 pm** for a judgment debtor examination.

China Oceanwide is FURTHER ORDERED to file with the Court ahead of the scheduled examination a declaration under penalty of perjury detailing any monetary payments due or to become due from China Oceanwide's wholly owned subsidiaries, Oceanwide Resort HI LLC, Oceanwide Resort Paradise HI LLC, and Oceanwide Resort Community HI LLC (together, the "Oceanwide HI Subsidiaries"), or any of its other subsidiaries, from the sale of (1) Lot 1 located within the Ko Olina Resort, 92-1047 Olani St Unit 1206, Kapolei, HI 96707 (the "Lot 1 Parcels"); (2) Lot 2 located within the Ko Olina Resort, 92-1047 Olani St Unit 1206, Kapolei, HI 96707 (the "Lot 2 Parcels"). Said Declaration shall also detail any and all marketing and sale efforts, and the details of any expected sale, of the Lot 1 and/or Lot 2 Parcels.

///

///

1          China Oceanwide's representative shall be prepared to answer questions, at

2    the January 21, 2025 judgment debtor examination, regarding any and all marketing

3    and sale efforts, and the details of any expected sale, of the Lot 1 and/or Lot 2

4    Parcels.

5          China Oceanwide's further failure to appear may result in a recommendation

6    that it be found to be in contempt of court, a bench warrant being issued, and such

7    other and further relief as the Court deems appropriate.

8

9          IT IS HEREBY ORDERED.

10   DATED: January 7, 2025    _____

11                                  Honorable Maria A. Audero

12                                  UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28