**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**OFFICE OF THE CLERK**
**255 EAST TEMPLE STREET, ROOM 180**
**LOS ANGELES, CALIFORNIA 90012**

**OFFICIAL BUSINESS**

NEOPOST
01/02/2025
US POSTAGE $001.7
ZIP 9
FIRST-CLASS

NIXIE  910  7E 1  7201/07/25
RETURN TO SENDER
ATTEMPTED - NOT KNOWN

CV

RECEIVED
CLERK, U.S. DISTRICT COURT
JAN 10 2025
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

2:20-cv-10738-JAK
FILED
CLERK, U.S. DISTRICT COURT
JAN 10 2025
CENTRAL DISTRICT OF CALIFORNIA
BY DEN    DEPUTY

Case: 2:20cv10738   Doc: 73

Ken W Choi
Oceanwide Plaza LLC
865 South Figueroa Street   Suite 3400
Los Angeles, CA 90017

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov Bcc:
--Paper recipients: Ken W Choi
Oceanwide Plaza LLC
865 South Figueroa Street Suite 3400
Los Angeles CA 90017
--Case Participants: Meredith A Jones-McKeown (ihaas@perkinscoie.com, mjonesmckeown@perkinscoie.com), John Foust (jfoust@rallsgruber.com), Oliver M. Gold (docketla@perkinscoie.com, docketsflit@perkinscoie.com, ogold@perkinscoie.com, rceja@perkinscoie.com), Daniel Abraham Cantor (daniel.cantor@oceanwideus.com), Magistrate Judge Maria A. Audero (crd_audero@cacd.uscourts.gov), Judge John A. Kronstadt (crd_kronstadt@cacd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:
Message-Id:<39256714@cacd.uscourts.gov>Subject:Activity in Case 2:20-cv-10738-JAK-MAA Lendlease US Construction Inc. v. China Oceanwide Holdings Limited Order on Motion for Judgment Debtor Exam Content-Type: text/html

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**

The following transaction was entered on 12/30/2024 at 4:12 PM PST and filed on 12/30/2024

**Case Name:** Lendlease US Construction Inc. v. China Oceanwide Holdings Limited

**Case Number:** 2:20-cv-10738-JAK-MAA

**Filer:**

**WARNING: CASE CLOSED on 06/24/2021**

**Document Number:** 73

**Docket Text:**
ORDER TO APPEAR FR EXAMINATION OF JUDGMENT DEBTOR FOR ENFORCEMENT OF JUDGMENT by Magistrate Judge Maria A. Audero. [72]. Judgment Debtor Exam set for 1/6/2025 10:00 AM before Magistrate Judge Maria A. Audero. [See Order for details.] (san)

**2:20-cv-10738-JAK-MAA Notice has been electronically mailed to:**
Daniel Abraham Cantor   daniel.cantor@oceanwideus.com
Oliver M. Gold   ogold@perkinscoie.com, rceja@perkinscoie.com, docketsflit@perkinscoie.com,