UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No.  2:20-cv-10738-JAK-MAA | Date:  January 21, 2025 |
| Title  Lendlease US Construction Inc. v. China Oceanwide Holdings Limited | |

Present: The Honorable MARIA A. AUDERO, United States Magistrate Judge

| Cindy Delgado | C/S 01/21/2025 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney Present for Judgment Creditor: | Attorney Present for Judgment Debtor: |
|---|---|
| Oliver M. Gold | John Foust |

**Proceedings (in-Person):**    **Judgment Debtor Examination (ECF No. 76)**

Case is called. Counsel for the parties make their appearances.

Before the Court is Judgment Creditor Lendlease US Construction Inc.'s ("Judgment Creditor") Judgment Debtor Examination of Judgment Debtor China Oceanwide Holdings Limited ("Judgment Debtor"), continued from January 6, 2025.  (*See* ECF No. 75.)  The January 6, 2025 Judgment Debtor Examination was continued to the instant date because Judgment Debtor did not appear therefor.  (*See id.*)  Although counsel for Judgment Debtor appears, a representative of Judgment Debtor again does not appear and fails to file, in advance of the instant Judgment Debtor Examination, an under-oath declaration detailing the matters specified in the Court's Order for China Oceanwide Holdings Limited to Appear at Judgment Debtor Exam and File Declaration.  (*See* ECF No. 76.)

The Court confers with counsel.  Based thereon, the Court **ORDERS** as follows:

1. Judgment Creditor may file an application for Judgment Debtor Examination of FTI, detailing the connection between Judgment Debtor and FTI;

2. Judgment Creditor may arrange for contempt hearing against Judgment Debtor before District Judge John A. Kronstadt, for which Judgment Creditor is **DIRECTED** to prepare and lodge with the Magistrate Judge for signature a Proposed Certification of Facts and Order re Contempt pursuant to 28 U.S.C. § 636(e)((6)(iii) and to include therein a date for a contempt hearing cleared by Judge Kronstadt's Courtroom Deputy Clerk.

It is so ordered.

**Time in Court**:  0:32

| CV-90 (03/15) | Civil Minutes – General | Page **1** of **1** |
|---|---|---|