

Meredith A. Jones-McKeown, Bar No. 233301
MJonesMcKeown@perkinscoie.com
Oliver M. Gold, Bar No. 279033
OGold@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, CA  94105-3204
Telephone:  415.344.7000
Facsimile:  415.344.7050

Attorneys for Petitioner
Lendlease (US) Construction Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LENDLEASE (US) CONSTRUCTION INC., <br><br> Petitioner, <br><br> v. <br><br> CHINA OCEANWIDE HOLDINGS LIMITED, <br><br> Respondent. | Case No. 2:20-cv-10738-JAK-MAA <br><br> **DECLARATION OF OLIVER M. GOLD IN SUPPORT OF PETITIONER LENDLEASE (US) CONSTRUCTION INC.'S EX PARTE APPLICATION FOR EXAMINATION OF THIRD PARTY FTI CONSULTING (BVI) LIMITED FOR ENFORCEMENT OF JUDGMENT** |

I, Oliver M. Gold, declare:

1.     I am an attorney at law duly admitted and licensed to practice before all courts of the State of California.  I am a Partner at the law firm of Perkins Coie LLP, attorneys of record for Claimant Lendlease (US) Construction Inc. ("Lendlease").  I submit this declaration in support of Lendlease's Application for Examination of Third Party FTI Consulting (BVI) Limited ("FTI") for Enforcement of Judgment. Except as where stated, I make this declaration of my own personal knowledge, and if called as a witness, I could and would testify competently to the matters stated herein.

2.     This Court entered judgment in Lendlease's favor and against China Oceanwide on June 24, 2021 in the amount of **$42,657,373.95**, which is comprised of:

    a.    The principal amount of **$38,440,000.00**;

    b.    Pre-judgment interest calculated at **$1,746,849.81** through November 12, 2020;

    c.    Pre-judgment interest at the rate of $10,351.51 per day commencing on November 13, 2020 and continuing through the day before the date of entry of judgment, in an amount to be calculated by the Court totaling **$2,308,386.73**;

    d.    Attorneys' fees incurred and awarded in the arbitration in the amount of **$141,412.16**; and

    e.    Administrative fees incurred and awarded in the arbitration in the amount of **$20,725.25**, all in accordance with the Final Arbitration Award of the American Arbitration Association, dated November 24, 2020.[1]

---

[1] ECF 23.

DECLARATION ISO JDE OF THIRD PARTY FTI CONSULTING (BVI) LIMITED

180075972.1

3.    Lendlease reasonably believes that FTI is located and does business within Los Angeles County, California and this judicial district.

4.    I am informed and believe that FTI was or is the receiver who marketed and sold real property held by China Oceanwide's wholly owned subsidiaries, Oceanwide Resort HI LLC, Oceanwide Resort Paradise HI LLC, and Oceanwide Resort Community HI LLC (together, the "Oceanwide HI Subsidiaries"), known as: (1) Lot 1 located within the Ko Olina Resort, 92-1047 Olani St Unit 1206, Kapolei, HI 96707 (the "Lot 1 Parcels"); and (2) Lot 2 located within the Ko Olina Resort, 92-1047 Olani St Unit 1206, Kapolei, HI 96707 (the "Lot 2 Parcels").

5.    Attached as **Exhibit A** is a true and correct copy of a January 14, 2025 article titled "California investors buy Ko Olina oceanfront land for $216M, will build Atlantis Resort," which is available at: https://www.bizjournals.com/pacific/news/2025/01/14/california-investors-ko-olina-land-china-oceanwide.html.

6.    Attached as **Exhibit B** is a true and correct copy of a January 14, 2025 article titled Ko Olina's Atlantis Resort: Is Hawai'i Ready for Another Mega-Resort? https://www.suitesandlobbies.com/ko-olinas-atlantis-resort-is-hawaii-ready-for-another-mega-resort/.  The article states, "Kam Sang Co., which acquired the parcels from China Oceanwide for $216 million, is working with Kerzner International, the owner of the Atlantis brand."

7.    Attached hereto as **Exhibit C** is a true and correct copy of an email thread with the top email dated February 6, 2025, among representatives from Lendlease, FTI, and Deloitte—China Oceanwide's Hong Kong liquidator.

8.    Attached hereto as **Exhibit D** is a January 21, 2025 email thread with the top email sent by a representative Deloitte to Cindy L. Orellana-Delgado, with several others copied, regarding China Oceanwide's winding up and FTI's role.

DECLARATION ISO JDE OF THIRD PARTY FTI CONSULTING (BVI) LIMITED
180075972.1

1       I declare under penalty of perjury under the laws of the State of California and

2 the United States of America that the foregoing is true and correct.

3       Executed at Los Angeles, California on February 13, 2025.

_____

Oliver M. Gold

DECLARATION ISO JDE OF THIRD PARTY FTI CONSULTING (BVI) LIMITED

180075972.1

# EXHIBIT A

THE BUSINESS JOURNALS    Select a City ⌄                                                                    Sign In

PACIFIC BUSINESS NEWS    LOCALLY OWNED AND OPERATED    Small Business in Hawaii ▸          LOWEST PRICE OF THE YEAR    SUBSCRIBE NOW

≡    Latest News    Lists & Leads    Commercial Real Estate    Banking    Technology    Residential Real Estate    Travel & Tourism    Pacific Inno    Events    40 Under 40    Best Workplaces    Women Who Mean Business    Nominations    🔍



**Commercial Real Estate**

# California investors buy Ko Olina oceanfront land for $216M, will build Atlantis Resort

✉ f in X 🖨  🔓 Unlock URL   📄 Order Reprints   🎁 Gift this Article



Newage Ko Olina, an affiliate of California-based Kam Sang Co. Inc. purchased the 43.55 acres fronting Ko Olina Resort's two center lagoons for a total of about $216 million.
KO OLINA RESORT




By Janis Magin – Editor-in-Chief, Pacific Business News
Jan 14, 2025   **Updated** Jan 14, 2025 5:58pm HST

▶ Preview this article   1 min   🔊

As part of the deal, the buyer has agreed to develop the Atlantis Resort, which has long been planned for the 26.3-acre lagoon-front parcel between Aulani, A Disney Resort and the Beach Villas at Ko Olina.

---

THE REMAINDER OF THIS ARTICLE IS FOR PREMIUM MEMBERS

### Continue Reading For $1 Per Week

Access 4 weeks of award-winning news and insights

**Never Hit Another Paywall**

Subscribe Now

Already have a paid subscription? Sign in

---

**RECOMMENDED**

SPONSORED CONTENT by Valley Bank
How changing interest rates can impact your property acquisitions — and strategies to navigate them


TRAVEL & TOURISM
Lenders sue to put Oakland Radisson airport hotel in foreclosure


TRAVEL & TOURISM
Mauna Kea Beach Hotel to start second phase of $180M renovation


COMMERCIAL REAL ESTATE
Hyatt Regency Sonoma Wine Country sold to Brookfield Properties


**RELATED ARTICLES**



- China Oceanwide puts Hawaii parcel on the market for $34M
- China Oceanwide committed to building Hawaii Atlantis project
- China Oceanwide puts S.F.'s project, other U.S. holdings on market

**MORE FOR YOU**

More >



**Blackstone reportedly considering sale of the Grand Wailea Resort - Pacific Business News**



**Korean owner considering sale of Hyatt Regency Waikiki Beach Resort and Spa - Pacific Business News**



**Mauna Kea Beach Hotel to start second phase of $180M renovation - Pacific Business News**



**Gantry structures $84.5M in financing for Avalon's Topa towers acquisition - Pacific Business News**



**Where the Aloha Stadium Swap Meet and Marketplace will move to during construction - Pacific Business News**



**ProsPac Holdings launches sales on second Honolulu condo tower - Pacific Business News**




PAID LISTINGS

Latest Listings

More >



SPONSORED

**Kali'u Ala Moana | Signature Makai 3-Bedroom Residence With Panoramic Views**



SPONSORED

**The Launiu Ward Village | 2-Bedroom Corner Residence With Ocean Views**



SPONSORED

**Kali'u Ala Moana | Signature 1-Bedroom Residence With Ocean Views**



Back to Top ▲

PACIFIC BUSINESS NEWS

Home    News    Lists & Leads    People    Events    Store

**SUBSCRIBERS**
Start a Subscription
Subscriber-Only Content
Digital Edition
Book of Lists
Book of Lists - Unlimited
Manage your Account
Manage My Advertising

**ABOUT & CONTACT**
About Us
About The Business Journals
Advertise
Help & FAQs
Circulation Sales Center Directory
Reprints

**APPS & SYNDICATION**
Mobile Apps
Syndication/RSS

**FOLLOW US**

**NEWSLETTERS**
Sign Up Now

**ACBJ**
American City Business Journals
AmericanInno
BizEquity
Bizwomen
Hemmings

User Agreement    Privacy Policy    Ad Choices    Site Map    Cookie Settings

© 2025 American City Business Journals. All rights reserved. Use of and/or registration on any portion of this site constitutes acceptance of our User Agreement (updated August 13, 2024) and Privacy Policy (updated December 17, 2024). The material on this site may not be reproduced, distributed, transmitted, cached or otherwise used, except with the prior written permission of American City Business Journals.

# EXHIBIT B

## Suites & Lobbies

Hawaii    Destinations    Hotel Reviews    Hotel Point Guides    Videos    About Me

Travel News

# Ko Olina's Atlantis Resort: Is Hawaiʻi Ready for Another Mega-Resort?

 Brandon Hughes    👁 1047

January 14, 2025 | Updated: January 14, 2025



Some of the links in this post are affiliate links. This means if you click on the link and purchase the item, I will receive an affiliate commission at no extra cost to you. Opinions expressed here are the author's alone. As an Amazon Associate I earn from qualifying purchases. See our Advertising Policy

The long-discussed Atlantis Resort at Ko Olina is once again in the spotlight.

"Atlantis is back on the menu boys!"

This time, California-based real estate developer Kam Sang Co. Inc. is stepping up with plans to turn a 26.3-acre oceanfront parcel in Ko Olina into a stunning resort and residential destination. As first reported by Pacific Business News, the project comes with an estimated $2 billion price tag, marking it as one of the most ambitious developments Hawaiʻi has seen in recent years.



### SUBSCRIBE FOR ALL THINGS HAWAII

 Suites & Lobbies
▶ YouTube 3K


**Royal Hawaiian Hotel Beachfront Views**
515 views


**Ka Laʻi Waikiki Beach, A Hilton LXR Property | Tour & Review**
1.2K views


**Mauna Kea Beach Hotel**
253 views


**Is There A Beach In Front Of The Halekulani?**
113 views


**Whats In The American Airlines Premium Economy Amenity Kit**
505 views





This isn't the only hotel project making waves on O'ahu. Over in Ewa Beach, plans for a new Hyatt hotel are also gaining momentum, with financing recently approved. I wrote about that development here.

> **In this post:**
>
> The Bold Vision for Atlantis at Ko Olina
> The "Second" Hotel: Expanding Ko Olina's Luxury Offerings Beyond Atlantis
> Atlantis Resorts Around the World: A Legacy of Luxury
> Is Hawai'i Ready for a Project of This Scale?
> What's Next for the Atlantis Ko Olina Project?

## The Bold Vision for Atlantis at Ko Olina

Plans for the resort include approximately 500 hotel rooms and 500 condominium units, designed to cater to affluent travelers and homeowners seeking a blend of exclusivity and natural beauty.



*Concept Image from February 2024, Credit Skift*

The property, situated between Aulani, A Disney Resort & Spa, and the Beach Villas at Ko Olina, promises world-class amenities that align with Atlantis Resorts' reputation for luxury.

Kam Sang Co., which acquired the parcels from China Oceanwide for $216 million, is working with Kerzner International, the owner of the Atlantis brand. The two entities have signed a 25-year hotel management agreement to bring the first-ever Atlantis Resort to the United States.

Continue Reading Below



Why is the Royal Hawaiian Hotel Pink?
175 views



American Airlines Premium Economy Meal
Boeing 777 DFW-HNL
712 views

Load More...    Subscribe



suitesandlobbies
Reviewing all the Hotels & Restaurants in Hawaii, one at a time. I live on Oahu and keep my finger on the pulse of hotels, airlines, and restaurants.

 
 
 
 



While the vision for Atlantis is undeniably grand, it raises important questions about Hawai'i's ability to balance large-scale development with its cultural and environmental values.

## A History of Setbacks and Challenges

The journey of the Atlantis Resort project at Ko Olina has been anything but smooth.

Initially announced by China Oceanwide in the mid-2010s, the $2 billion mega-resort was envisioned as a transformative addition to Hawai'i's luxury tourism sector. However, as reported by Skift, the ambitious project encountered significant financial and operational hurdles that ultimately led to its abandonment.

However, despite the fanfare surrounding the announcement, the project quickly hit roadblocks. China Oceanwide faced mounting financial difficulties, exacerbated by changing global economic conditions and internal corporate struggles.

The company eventually abandoned its plans for Ko Olina, and the parcels sat undeveloped for years.

The Atlantis Resort project, in particular, has also been clouded by concerns over its scale and impact. Some community members and environmental advocates questioned whether Hawai'i could sustain such a massive influx of visitors without exacerbating existing issues like overcrowding, strain on infrastructure, and environmental degradation.

## The "Second" Hotel: Expanding Ko Olina's Luxury Offerings Beyond Atlantis

Alongside the Atlantis Resort, Kam Sang Co. is planning a second hotel on a 17.3-acre parcel between the Beach Villas at Ko Olina and Marriott's Ko Olina Beach Club. This property will feature 250 hotel rooms and 250 vacation-stay units, adding to the area's luxury offerings.
















Load More    Follow on Instagram

### Hilo International Airport Guide (2025) | Big Island Hawai'i (ITO)

Brandon Hughes · January 20, 2025



Potential partners for the hotel include renowned brands like Regent, Mandarin Oriental, St. Regis, Waldorf Astoria, and Fairmont. Designed as a quieter complement to Atlantis, it aims to attract guests seeking a more intimate luxury experience.

Both the Atlantis Resort and this hotel will be developed concurrently, with a combined five-year timeline and a total investment of $2.5 billion. Developers must address infrastructure and environmental concerns to align with Hawai'i's sustainability goals.

Continue Reading Below



An Enchanted Night Walk

Astra Lumina          Open ›

Among the standout properties in Ko Olina are the Marriott's Ko Olina Beach Club and the Four Seasons Resort O'ahu. These iconic resorts have set a high standard for luxury in the region, offering upscale amenities, exquisite dining, and breathtaking views of the Pacific. Their success has positioned Ko Olina as a hub for discerning travelers, making it a natural location for the proposed Atlantis Resort.

However, the addition of another mega-resort raises concerns about the region's capacity to accommodate further development.

## Atlantis Resorts Around the World: A Legacy of Luxury

The Atlantis brand is globally recognized for its extravagant resorts that redefine luxury and set new benchmarks in hospitality. Perhaps the most famous example is Atlantis, The Palm, located on the iconic Palm Jumeirah in Dubai. This architectural marvel, shaped like a mythical palace rising from the sea, has become a symbol of opulence and innovation.



Atlantis Dubai, Credit Atlantis.com

Atlantis, The Palm features over 1,500 guest rooms, award-winning restaurants helmed by celebrity chefs, and an expansive waterpark, Aquaventure, which ranks among the best in the world. It's not just a resort—it's an entertainment hub that attracts millions of visitors annually.

---

rainy, lush eastern side of Hawai'i's Big Island. With its laid-back charm and simple...

### Hawaiian Airlines Unveils First Look at Future Premium Lounge in Honolulu

Brandon Hughes · January 10, 2025          0



Hawaiian Airlines is making some long-awaited improvements to its lounge offerings—perhaps not coincidentally, shortly after being acquired by Alaska Airlines. The airline recently revealed...

### Hawaiian Luxury and Scotch Sophistication: The Macallan Dining Experience at Halekulani

Brandon Hughes · January 7, 2025          0



What does a legendary luxury hotel in Hawai'i, a legendary British secret agent, and the legendary Macallan have in common? They're all coming together...

### STRIPSTEAK Waikiki Review: A Sizzling Waikiki Steakhouse Experience

Brandon Hughes · January 6, 2025          1



After a fantastic visit to STRIPSTEAK Las Vegas, I walked into the STRIPSTEAK Waikiki location with high hopes—and my steak cravings firmly in place....

### Ka La'i Waikiki Beach, A Hilton LXR Property | Review &...

Brandon Hughes · January 5, 2025          0



I recently stayed at Ka La'i Waikiki Beach, a newly rebranded Hilton LXR property that you may remember as the former Trump Waikiki Hotel...

Similarly, Atlantis Paradise Island in The Bahamas is another flagship property known for its immersive marine habitats and luxurious accommodations.

In Hawaiʻi, the proposed Atlantis Resort at Ko Olina aims to bring this same level of grandeur while tailoring the experience to the islands' unique culture and environment.

However, unlike Dubai or The Bahamas, Hawaiʻi faces distinct challenges, including stricter environmental regulations, limited infrastructure, and a community highly attuned to the importance of preserving natural and cultural resources.

## Is Hawaiʻi Ready for a Project of This Scale?

Infrastructure concerns loom large.

Hawaiʻi's infrastructure is already under significant pressure. Oʻahu's roads are congested, water resources are limited, and waste management systems struggle to keep up with existing demands. Adding a massive resort like Atlantis, along with its planned second hotel, risks further straining these systems, potentially creating lasting issues for residents and visitors alike.

Continue Reading Below



Tourism in Hawaiʻi, while vital to the economy, has long been a source of tension. It generates billions annually and supports thousands of jobs, yet it also depletes natural resources, fuels overcrowding, and raises concerns about overtourism. Large-scale projects like Atlantis often reignite these debates, with residents questioning how much development the islands can sustain.

Culturally, the stakes are equally high. Critics worry that a project of this magnitude could commercialize Hawaiʻi's heritage, undermining its cultural integrity. Activists and cultural practitioners stress that new developments must align with mālama values—caring for the land, sea, and people—and avoid exploiting the islands' culture for profit.

Economically, the project promises significant benefits, including construction jobs, long-term employment opportunities, and increased tax revenue. Its luxury appeal could attract high-spending visitors, bolstering the state's tourism sector. However, these potential gains must be weighed against the social, environmental, and cultural costs.

**The question remains: can Hawaiʻi support another mega-resort without compromising its future?**

## What's Next for the Atlantis Ko Olina Project?

The Atlantis Resort project at Ko Olina has a history marked by bold aspirations and significant challenges. As Kam Sang Co. works to revive the stalled development, it inherits a legacy of ambitious plans and financial hurdles. Understanding the historical timeline of past attempts provides valuable context for where the project stands today and what might lie ahead.



**Ka Laʻi Waikiki Beach, A Hilton LXR Property | Tour & Review**
1.2K views



**Mauna Kea Beach Hotel**
253 views



**Is There A Beach In Front Of The Halekulani?**
113 views



**Whats In The American Airlines Premium Economy Amenity Kit**
505 views



**Why is the Royal Hawaiian Hotel Pink?**
175 views



**American Airlines Premium Economy Meal Boeing 777 DFW-HNL**
712 views





Below is a detailed timeline outlining the history of the Atlantis Ko Olina project, from its initial conception to the current revival efforts:

| Year | Milestone | Status |
|------|-----------|--------|
| 2015–2016 | China Oceanwide acquires Ko Olina parcels for $424M | Completed |
| Mid-2010s | Initial plans for Atlantis Resort announced | Stalled due to financial issues |
| 2024 | China Oceanwide liquidates Ko Olina properties | Completed |
| 2025 | Kam Sang Co. acquires Ko Olina parcels for $216M and revives Atlantis project | In progress |
| 2026 (Projected) | Begin construction of Atlantis Resort | Pending |
| 2029–2030 (Projected) | Expected completion of Atlantis Resort | Pending |

Moving forward, the next steps involve navigating Hawaiʻi's rigorous regulatory processes, including environmental impact assessments and community consultations. While Kam Sang Co.'s track record in luxury hospitality is a promising sign, the scale of the Atlantis Resort and the challenges unique to Hawaiʻi present significant hurdles.

If the project stays on track, the Atlantis Resort could begin construction within the next year or two and open its doors by the end of the decade.



Hawaiian Luxury and Scotch Sophistication: The Macallan Dining Experience at Halekulani

Read More

   



## Related



**Hilo International Airport Guide (2025) | Big Island Hawaiʻi (ITO)**



**Hawaiian Airlines Unveils First Look at Future Premium Lounge in Honolulu**



**Hawaiian Luxury and Scotch Sophistication: The Macallan Dining Experience at Halekulani**



---



**suitesandlobbies**

Reviewing all the Hotels & Restaurants in Hawaii, one at a time. I live on Oahu and keep my finger on the pulse of hotels, airlines, and restaurants.



 

 

 

 

 

 

 

 



## Brandon Hughes

http://www.suitesandlobbies.com

Aloha, and welcome. Your journey around the web has brought you here, and I'm grateful for the chance to share a bit about Hawai'i with you. I do my best to provide thoughtful insights on hotels, airlines, dining, and the ever-evolving travel scene in Hawai'i. My role? I'm the one steering the ship—quietly behind the scenes—making sure every piece of information you find here is worth your time. I grew up in Ka'alaea on O'ahu, surrounded by the beauty and complexity of Hawai'i, which shaped how I see the world and connect with it. As a native Hawaiian and someone who works in below-wing operations for Hawaiian Airlines, I've always been drawn to understanding the details—whether it's about travel, culture, or the people who make it all happen. I travel extensively across the islands, seeking out what's new, what's changing, and what's truly worth sharing. From the latest hotel openings to restaurant reviews and updates on travel trends, I aim to bring you accurate, first-hand insights you can trust. For a closer look, you can also find me on YouTube, where I dive deeper with visual reviews and updates. My hope is that this space helps you connect with Hawai'i in a meaningful way, whether it's your first visit or your fifteenth.

f  ◎  ▶

## 9 COMMENTS

**Minos**  January 15, 2025 At

Locals will let that monstruosity happen and then blames Airbnbs for too many tourists and not enough parking spots at their local beach. Under their watch, they let the transformation of paradise into yet another Orlando / Jeju / Ibiza / Denpasar. The only thing yet missing is Spirit planes.

The only decent island left is Molokai.

Reply

 **Brandon Hughes**  January 15, 2025 At

We truly are lacking leadership here that is not under a political parties thumb. The time to engage with the Atlantis project in Ko Olina is now so we have a seat at the table. Protesting after these things are built means we are missing the boat, again.

I would laugh at your Spirit comment but with Breeze eyeing potential Hawai'i flights it is scarily accurate.

Reply

**Patrick**  January 15, 2025 At

Kauai is pretty nice and "relatively" low key.. especially the North side.

Reply

**lars**  January 15, 2025 At

@Minos: Big Island not so crowded, Braddah.

@ Brandon: Nice article. As for the Atlantis brand, they'd better hope people associate it with the Dubai one and not the original Nassau location. The latter has become known for poor service, deferred maintenance, nickel and diming in the extreme, and overall low value.

Reply

 **Brandon Hughes**  January 16, 2025 At

Aloha Lars,

Did not know that about the Nassau location, will keep an eye on that. I hear lots of chatter about the Dubai location and most seems quite positive. We shall see.

Reply

**E Schuette**  January 15, 2025 At

My wife & I lived in Ko Olina when they broke ground on A'ulani. We were there when they opened it in 2012 and again when Stone bought building, closed JW Marriott and reopened as Four Seasons. Lagoon one was ruined. Lagoons 2 & 3 will be ruined as well by these developments. Traffic will be horrendous. No thanks braddah. Glad we left when we did.

Reply

 **Brandon Hughes**  January 16, 2025 At

but..but..the rail.

With that many rooms, for both lots, the traffic within Ko Olina itself will be next level. That short on-ramp onto the freeway will also see some challenges. I do hope they are looking at how the lagoons will hold up with that many more rooms in the area.

Reply

**Beach Man**  January 17, 2025 At

We vacation to the Beach Villas, their value just sunk with this announcement. 2000 keys plus the Beach Villas will put upwards of 6000 people on Honu Lagoon which is smaller than the two others with . This will destroy Ko'Olina.

Reply

 **Brandon Hughes**  January 17, 2025 At

Agree. They are going to have to address several things with this type of development. Water, sewage, transit, parking, shoreline impact, probably a dozen other things I am unaware of. Following

---

  

  

Load More    ◎ Follow on Instagram

### Hilo International Airport Guide (2025) | Big Island Hawai'i (ITO)

**Brandon Hughes** · January 20, 2025



Hilo International Airport (ITO) serves as the gateway to the rainy, lush eastern side of Hawai'i's Big Island. With its laid-back charm and simple...

### Hawaiian Airlines Unveils First Look at Future Premium Lounge in Honolulu

**Brandon Hughes** · January 10, 2025



Hawaiian Airlines is making some long-awaited improvements to its lounge offerings—perhaps not coincidentally, shortly after being acquired by Alaska Airlines. The airline recently revealed...

### Hawaiian Luxury and Scotch Sophistication: The Macallan Dining Experience at Halekulani

**Brandon Hughes** · January 7, 2025



this will be interesting

Reply

## LEAVE A REPLY

Comment:

Name:*

Email:*

☐ Save my name, email, and website in this browser for the next time I comment.

Post Comment

This site uses Akismet to reduce spam. Learn how your comment data is processed.



I recently stayed at Ka La'i Waikiki Beach, a newly rebranded Hilton LXR property that you may remember as the former Trump Waikiki Hotel.....

Hot Sale
Temu

FOLLOW US ON INSTAGRAM



 Suites & Lobbies

© 2023 Suites & Lobbies. All Rights Reserved -
Unauthorized use and/or duplication of this material
without express and written permission from this site's
author and/or owner is strictly prohibited. Excerpts and
links may be used, provided that full and clear credit is
given to Suites & Lobbies with appropriate and specific
directions to the original content.

## Quick Access

HAWAII

HOTEL POINT GUIDES

HOTEL REVIEWS

SITEMAP

ADVERTISING POLICY

PRIVACY POLICY

# EXHIBIT C

## Gold, Oliver M. (LOS)

**From:** Ambler, Bruce <Bruce.Ambler@lendlease.com>
**Sent:** Thursday, February 6, 2025 6:16 PM
**To:** Gold, Oliver M. (LOS); Jones-McKeown, Meredith  (SFO); Chenetz, Sara L. (LOS)
**Subject:** Fw: [EXT]:RE: URGENT ATTENTION REQUESTED - Oceanwide - Sale of Hawaiian Assets - Ko Olina 1 & 2

███████████████████████████████████████████████

███████████████

---

**From:** Jiang, Munan <munan.jiang@fticonsulting.com>
**Sent:** Thursday, February 6, 2025 9:04:41 PM
**To:** Ambler, Bruce <Bruce.Ambler@lendlease.com>
**Cc:** Chan, Ivan <ivachan@deloitte.com.hk>; Gao, Faye Fei <faygao@deloitte.com.hk>; Chow, Daniel <Daniel.Chow@fticonsulting.com>; Lo, Edmund <Edmund.Lo@fticonsulting.com>
**Subject:** RE: [EXT]:RE: URGENT ATTENTION REQUESTED - Oceanwide - Sale of Hawaiian Assets - Ko Olina 1 & 2

Dear Bruce

Please refer to my prior email dated 24 January 2025 and to the prior correspondence between our respective counsel (Perkins Coie LLP for Lendlease and K&L Gates, Hong Kong Office for the Receivers).

As stated in all of that prior correspondence, the Receivers understand that: (1) Lendlease is a creditor of China Oceanwide Holdings Limited (In Liquidation) ("**COH**"), and not of China Oceanwide Real Estate Development Holdings Limited ("**COREDH**"); and (2) the Court order forwarded by your counsel shows that it applies only to COH, and not to COREDH.

We refer you again to the Liquidators of COH as the appropriate parties to provide you with further information on the sale, and request that any further correspondence on this matter be only between our respective counsel.  Thank you.


Best regards,

**Munan Jiang**
+852.3768.4713 T | +852.3012.9664 F
munan.jiang@fticonsulting.com

---

**From:** Ambler, Bruce <Bruce.Ambler@lendlease.com>
**Sent:** Saturday, February 1, 2025 12:18 AM
**To:** Jiang, Munan <munan.jiang@fticonsulting.com>
**Cc:** Chan, Ivan <ivachan@deloitte.com.hk>; Gao, Faye Fei <faygao@deloitte.com.hk>; Chow, Daniel <Daniel.Chow@fticonsulting.com>; Lo, Edmund <Edmund.Lo@fticonsulting.com>
**Subject:** [EXTERNAL] RE: [EXT]:RE: URGENT ATTENTION REQUESTED - Oceanwide - Sale of Hawaiian Assets - Ko Olina 1 & 2


Dear All,

In follow-up to my 24 January 2025 email, I have not heard back from anyone at FTI regarding available dates for the judgment debtor's examination.  In the absence of any voluntary dates, my understanding is the Court can (and will) assign a date, as was the case with COH.  We would like to avoid this course, and kindly request you provide some dates of your availability.

With respect to the Receiver's letter sent to the COH on 23 January 2025, while we have not seen (but have requested ) a copy, the summary of the contents raises additional questions.  It would be good to resolve this matter outside the Court, and I remain available and willing to have a business-to-business discussion between the three organizations.

I look forward to hearing from you.

Regards,
Bruce

**Bruce Ambler**
T +1 212 592 6915 | M +1 347 668 1124
bruce.ambler@lendlease.com | www.lendlease.com

 

**From:** Ambler, Bruce
**Sent:** Friday, January 24, 2025 12:51 PM
**To:** Jiang, Munan <munan.jiang@fticonsulting.com>
**Cc:** Chan, Ivan <ivachan@deloitte.com.hk>; Gao, Faye Fei <faygao@deloitte.com.hk>; Chow, Daniel <Daniel.Chow@fticonsulting.com>; Lo, Edmund <Edmund.Lo@fticonsulting.com>
**Subject:** RE: [EXT]:RE: URGENT ATTENTION REQUESTED - Oceanwide - Sale of Hawaiian Assets - Ko Olina 1 & 2

Dear Munan

Thank you for your response.  I have not received anything from COH liquidators, but I am sure it will be coming shortly.

In the interim, I would like to reiterate that we do believe FTI has a responsibility to us to explain the use of the sale proceeds, as evidenced by the Court Order I attached in my previous email.  Specially, I would reference sections 3 and 4, which require "any persons who are in active concert or participation with the. . ." sale of the property ". . . are ordered not to remove from the jurisdiction of this Court the proceeds from the sale or other disposition of the four properties listed above until the Judgment has been satisfied."

To this end, during the judgment debtor's examination of COH this past Monday, the Court ordered FTI to appear in court to explain the sources and uses of the sale proceeds. Please provide FTI's availability for such an examination within the next two weeks and we will follow up with the formal documentation.

Our goal is neither to drag this out nor waste the Court's time, but rather to be provided with a verified accounting of the sources and uses of the sales proceeds from the sale of the two Hawaiian properties.  And if there are excess proceeds available, to understand how the Receiver is applying them.  If you are able to provide this

information to us, we can move on without the Court's involvement. If not, then we can have this conversation in front of the Court.

I am available to discuss and appreciate your attention to this matter.

Regards,
Bruce

**Bruce Ambler**
T +1 212 592 6915 | M +1 347 668 1124
bruce.ambler@lendlease.com | www.lendlease.com

 

---

**From:** Jiang, Munan <munan.jiang@fticonsulting.com>
**Sent:** Friday, January 24, 2025 8:04 AM
**To:** Ambler, Bruce <Bruce.Ambler@lendlease.com>
**Cc:** Chan, Ivan <ivachan@deloitte.com.hk>; Gao, Faye Fei <faygao@deloitte.com.hk>; Chow, Daniel <Daniel.Chow@fticonsulting.com>; Lo, Edmund <Edmund.Lo@fticonsulting.com>
**Subject:** [EXT]:RE: URGENT ATTENTION REQUESTED - Oceanwide - Sale of Hawaiian Assets - Ko Olina 1 & 2

**Caution: External email, verify the sender before opening links, attachments or responding.**

Dear Bruce

Your requests deal with proceedings and orders against China Oceanwide Holdings Limited (In Liquidation) ("**COH**") (and China Oceanwide Real Estate Development Holdings Limited is not a party), and it is therefore appropriate for the Liquidators of COH to respond directly.

We have disclosed certain information to the Liquidators of COH on 23 January 2025 (Hong Kong time) to the extent that the Receivers are allowed in relation to the sale. Given that you claim to be a creditor of COH, we will defer to the Liquidators of COH to provide you with information of the sale as they consider appropriate.

Thank you for your understanding.

Best regards,

**Munan Jiang**
+852.3768.4713 T | +852.3012.9664 F
munan.jiang@fticonsulting.com

---

**From:** Ambler, Bruce <Bruce.Ambler@lendlease.com>
**Sent:** Saturday, January 18, 2025 6:29 AM
**To:** Chan, Ivan <ivachan@deloitte.com.hk>; Gao, Faye Fei <faygao@deloitte.com.hk>; Chow, Daniel <daniel.chow@fticonsulting.com>; Jiang, Munan <munan.jiang@fticonsulting.com>; Lo, Edmund <edmund.lo@fticonsulting.com>

**Subject:** [EXTERNAL] URGENT ATTENTION REQUESTED - Oceanwide - Sale of Hawaiian Assets - Ko Olina 1 & 2
**Importance:** High

Good afternoon, all,

I am writing to all parties involved to facilitate a quick response.

It has come to our attention (through the following press release:  https://www.bizjournals.com/pacific/news/2025/01/14/california-investors-ko-olina-land-china-oceanwide.html ) that the two Hawaiian assets we have been discussing (Ko Olina parcels 1 and 2) have been sold to Kam Sang Company for a reported $216m.  Based on previously provided information from Oceanwide and others, including sworn testimony, this sale price should result in excess proceeds for distribution.

As you all are aware, Lendlease has been granted an Assignment and Restraining Order from the United States District Court (copy attached), which provides that Lendlease is entitled to any monies Oceanwide should receive off the sale of these assets.

As such, I am formally requesting the following:
   a.  Confirmation that the sale has in fact been completed as stated;
   b.  If so, a sources and uses of sales proceeds;
   c.  If excess proceeds are available as expected, the procedure the Receiver is going through to ensure proper payment of said proceeds to Lendlease.

Given the upcoming judgment debtor examination on Tuesday January 21st at 1:00 pm California time, I am requesting either the above information or a response no later than Monday January 20th.

Please note, I have purposefully excluded lawyers on this email in an effort to resolve this matter through business channels.

Thank you in advance for your assistance in this matter,

Regards,

**Bruce Ambler**
T +1 212 592 6915 | M +1 347 668 1124
bruce.ambler@lendlease.com | www.lendlease.com

 

This email and any attachments are confidential and may also contain copyright material of the Lendlease Group. If you are not the intended recipient, please notify us immediately and delete all copies of this message. You must not copy, use, disclose, distribute or rely on the information contained in it. Copying or use of this communication or information in it is strictly prohibited and may be unlawful. Contracts cannot be concluded with the Lendlease Group nor service effected by email. None of the staff of the Lendlease Group are authorised to enter into contracts on behalf of any member of the Lendlease Group in this manner. The fact that this communication is in electronic form does not constitute our consent to conduct transactions by electronic means or to use or accept electronic records or electronic signatures. Confidentiality and legal privilege attached to this communication are not waived or lost by reason of mistaken delivery to you. Lendlease does not guarantee that this email or the attachment(s) are unaffected by computer virus, corruption or other defects and accepts no liability for any damage caused by this email or its attachments due to viruses, interception, corruption or unauthorised access. Lendlease Group may monitor email traffic data and also the content of email for the purposes of security and staff training. Please note that our servers may not be located in your country. A list of Lendlease Group entities can be found here.

NOTICE: This communication from Perkins Coie LLP may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

This email and any attachments are confidential and may also contain copyright material of the Lendlease Group. If you are not the intended recipient, please notify us immediately and delete all copies of this message. You must not copy, use, disclose, distribute or rely on the information contained in it. Copying or use of this communication or information in it is strictly prohibited and may be unlawful. Contracts cannot be concluded with the Lendlease Group nor service effected by email. None of the staff of the Lendlease Group are authorised to enter into contracts on behalf of any member of the Lendlease Group in this manner. The fact that this communication is in electronic form does not constitute our consent to conduct transactions by electronic means or to use or accept electronic records or electronic signatures. Confidentiality and legal privilege attached to this communication are not waived or lost by reason of mistaken delivery to you. Lendlease does not guarantee that this email or the attachment(s) are unaffected by computer virus, corruption or other defects and accepts no liability for any damage caused by this email or its attachments due to viruses, interception, corruption or unauthorised access. Lendlease Group may monitor email traffic data and also the content of email for the purposes of security and staff training. Please note that our servers may not be located in your country. A list of Lendlease Group entities can be found here.

**Confidentiality Notice:**
This email and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this email in error, please notify us immediately by replying to the sender and then delete this copy and the reply from your system. Thank you for your cooperation.

This email and any attachments are confidential and may also contain copyright material of the Lendlease Group. If you are not the intended recipient, please notify us immediately and delete all copies of this message. You must not copy, use, disclose, distribute or rely on the information contained in it. Copying or use of this communication or information in it is strictly prohibited and may be unlawful. Contracts cannot be concluded with the Lendlease Group nor service effected by email. None of the staff of the Lendlease Group are authorised to enter into contracts on behalf of any member of the Lendlease Group in this manner. The fact that this communication is in electronic form does not constitute our consent to conduct transactions by electronic means or to use or accept electronic records or electronic signatures. Confidentiality and legal privilege attached to this communication are not waived or lost by reason of mistaken delivery to you. Lendlease does not guarantee that this email or the attachment(s) are unaffected by computer virus, corruption or other defects and accepts no liability for any damage caused by this email or its attachments due to viruses, interception, corruption or unauthorised access. Lendlease Group may monitor email traffic data and also the content of email for the purposes of security and staff training. Please note that our servers may not be located in your country. A list of Lendlease Group entities can be found here.

This email and any attachments are confidential and may also contain copyright material of the Lendlease Group. If you are not the intended recipient, please notify us immediately and delete all copies of this message. You must not copy, use, disclose, distribute or rely on the information contained in it. Copying or use of this communication or information in it is strictly prohibited and may be unlawful. Contracts cannot be concluded with the Lendlease Group nor service effected by email. None of the staff of the Lendlease Group are authorised to enter into contracts on behalf of any member of the Lendlease Group in this manner. The fact that this communication is in electronic form does not constitute our consent to conduct transactions by electronic means or to use or accept electronic records or electronic signatures. Confidentiality and legal privilege attached to this communication are not waived or lost by reason of mistaken delivery to you. Lendlease does not guarantee that this email or the attachment(s) are unaffected by computer virus, corruption or other defects and accepts no liability for any damage caused by this email or its attachments due to viruses, interception, corruption or unauthorised access. Lendlease Group may monitor email traffic data and also the content of email for the purposes of security and staff training. Please note that our servers may not be located in your country. A list of Lendlease Group entities can be found here.

# EXHIBIT D

**Ceja, Rosa (SFO)**

| | |
|---|---|
| **From:** | CN Project, Project OW <projectow@deloitte.com.hk> |
| **Sent:** | Tuesday, January 21, 2025 1:20 AM |
| **To:** | cindy_delgado@cacd.uscourts.gov |
| **Cc:** | MAAChambers; Leah_Krivitsky@cacd.uscourts.gov; Bruce.Ambler@lendlease.com; Gold, Oliver M. (LOS); raymondn@oceanwidegroup.hk; Jfoust@rallsgruber.com; galaxy.chan@teneo.com; Charles.Thresh@teneo.com; Mike.Morrison@teneo.com; penelope.johnstone@teneo.com; Sokim.Lau@teneo.com; daniel.chow@fticonsulting.com; edmund.lo@fticonsulting.com; munan.jiang@fticonsulting.com; CN Project, Project OW |
| **Subject:** | RE:Judgment Debtor Examination - Lendlease against China Oceanwide - Case No. 2:20-cv-10738-JAK-MAA |
| **Attachments:** | 20231220 - Order for Winding-up by the Court.pdf; 20240916 - Appointment Order.pdf; Cap. 32 Companies (Winding Up and Miscellaneous Provisions) Ordinance ─ Section 186 Actions stayed on winding-up order.pdf |

**STRICTLY PRIVATE AND CONFIDENTIAL**

Dear Ms. Cindy L. Orellana-Delgado,

**CHINA OCEANWIDE HOLDINGS LIMITED (IN LIQUIDATION) (the "Company")**
**Case No. 2:20-cv-10738-JAK-MAA**

1. Further to our below email of 20 January 2025, we wish to provide additional context and clarification for your kind reference.  Unless otherwise stated, capitalized terms used herein shall have the same meanings as those defined in our below email.

2. As the Company was wound up by order of the High Court of Hong Kong on 20 December 2023 with Liquidators appointed on 16 September 2024 (both Orders attached), the liquidation process has been under the oversight of the High Court of Hong Kong. Any proceedings are stayed for reasons including but not limited to the effect of the moratorium of claims imposed and/or automatic stay of proceedings pursuant to s186 of the Companies (Winding Up and Miscellaneous Provisions) Ordinance, Cap 32 (copy attached).

3. Notwithstanding the above, we would like to emphasize that the Liquidators' understanding of the marketing and sales efforts, and the details of any sales of the Hawaii Properties is limited, as the Receivers have only provided limited information to the Liquidators and the same (together with our limitations) has been discussed with Lendlease previously. Hence, the proper respondent of the JDE should be the Receivers as they are in the best position to provide meaningful insights in the JDE Hearing.

4. The Company, being an investment holding company, has practically limited assets except its interest in its subsidiaries, whereby most of its key subsidiaries are under receivership, with receivers appointed. Hence, the Company does not have sufficient funds to engage a legal representative to attend the JDE Hearing in person.

5. Despite the above, the Liquidators/ their representatives are committed to comply with the Court Order and are willing to appear before the Court in case the JDE Hearing could not be rescheduled/ respondent could not be changed to the Receivers. However, the Liquidators/ their representatives are based in Hong Kong, please circulate a dial-in details for the Liquidators' representative(s) to join the hearing via video conference.

6. We would be grateful if you could place a copy of this additional email before Her Honour for her consideration.

Yours faithfully,

For and on behalf of
China Oceanwide Holdings Limited
(In Liquidation)

Chan Man Hoi (Ivan)
for Joint and Several Liquidators
(acting without personal liability)

---

**From:** CN Project, Project OW <projectow@deloitte.com.hk>
**Sent:** Monday, January 20, 2025 6:50 PM
**To:** cindy_delgado@cacd.uscourts.gov
**Cc:** MAAChambers <MAA_Chambers@cacd.uscourts.gov>; Leah_Krivitsky@cacd.uscourts.gov;
Bruce.Ambler@lendlease.com; ogold@perkinscoie.com; raymondn@oceanwidegroup.hk; Jfoust@rallsgruber.com;
galaxy.chan@teneo.com; Charles.Thresh@teneo.com; Mike.Morrison@teneo.com; penelope.johnstone@teneo.com;
Sokim.Lau@teneo.com; daniel.chow@fticonsulting.com; edmund.lo@fticonsulting.com;
munan.jiang@fticonsulting.com; CN Project, Project OW <projectow@deloitte.com.hk>
**Subject:** Judgment Debtor Examination - Lendlease against China Oceanwide - Case No. 2:20-cv-10738-JAK-MAA

**STRICTLY PRIVATE AND CONFIDENTIAL**

Dear Ms. Cindy L. Orellana-Delgado,

**CHINA OCEANWIDE HOLDINGS LIMITED (IN LIQUIDATION) (the "Company")**
**Case No. 2:20-cv-10738-JAK-MAA**

We refer to the attached Court Order dated 7 January 2025 ("**Court Order**") (which was brought to our attention on 14 January 2025), in relation to the captioned judgment debtor examination ("**JDE**") filed by Lendlease (US) Construction Inc. ("**Lendlease**") against the Company, ordering a representative of the Company to appear before the Court on 21 January 2025 at 1p.m. (Pacific Standard Time) ("**JDE Hearing**").

Background

The Company was wound up by the Bermuda Court on 22 September 2023 with Mr. Michael Morrison and Mr. Charles Thresh both of Teneo (Bermuda) Limited and Ms. Chan Mei Lan (Galaxy Chan) of Teneo Asia Limited (collectively as, "**Teneo**") appointed as joint provisional liquidators of the Company (who are copied in this email). Subsequently, the Company was wound up by order of the High Court of Hong Kong on 20 December 2023 and the Official Receiver's Office in Hong Kong then became the provisional liquidator of the Company. On 16 September 2024, Messrs. Lai Kar Yan (Derek) and Kam Chung Hang (Forrest), were appointed as joint and several liquidators of the Company (the "**Liquidators**") by order of the High Court of Hong Kong.

Following their appointment, the Liquidators have been taking steps to ascertain the latest state of affairs of the Company's various projects, including but not limited to the Lot 1 Parcels and Lot 2 Parcels (as defined in the Court Order, collectively referred as "**Hawaii Properties**"), which are/were held by the indirect wholly-owned subsidiaries of the Company.

Since 2021, Messrs. John David Ayres (subsequently replaced by Aaron Luke Gardner) of FTI Consulting (BVI) Limited and Chow Wai Shing Daniel and Kenneth Fung of FTI Consulting (Hong Kong) Limited (in which Daniel and his colleagues are copied in this email) were appointed as joint and several receivers of certain Company's subsidiaries ("**Receivers**") that hold the Hawaii Properties. The Liquidators of the Company (who were appointed in September 2024) were not involved

in the sales and marketing aspects of the Hawaii Properties and could only obtain information of such assets through corresponding with the Receivers. From the limited information provided by the Receivers, we understand that the Receivers initiated the marketing campaign for the Hawaii Properties back in December 2021.

We have on numerous occasions followed up with the Receivers regarding the progress of the sale and the detailed information on marketing and sales efforts of the Hawaii Properties. However, we have received limited information from them and the same has been discussed with Lendlease previously.

In view of the above, it would be a waste of time and resources to proceed with the JDE against the Company as the Liquidators have no further information to provide to Lendlease. We sincerely request the Court to adjourn the JDE Hearing and consider whether the proper respondent should be the Receivers, as they have the details of the disposal of the Hawaii Properties.

In case the respondent could not be changed to the Receivers, as we are based in Hong Kong, we would be obliged if the JDE could be conducted by video conference and to accommodate the time difference between Pacific Time and Hong Kong Time (currently the JDE Hearing is set on 22 January 2025 5a.m., Hong Kong Time).

We would be grateful if you could place a copy of this email before Her Honour for her consideration.

Yours faithfully,

For and on behalf of
China Oceanwide Holdings Limited
(In Liquidation)

Chan Man Hoi (Ivan)
for Joint and Several Liquidators
(acting without personal liability)

----------------------------

This message (including any attachments) contains confidential information intended for a specific individual and purpose, and is protected by law. If you are not the intended recipient, you should delete this message. Any disclosure, copying, or distribution of this message, or the taking of any action based on it, is strictly prohibited.

©2025 Deloitte Touche Tohmatsu in Hong Kong, Deloitte Touche Tohmatsu in Macau, and Deloitte Touche Tohmatsu Certified Public Accountants LLP in the Chinese Mainland. All rights reserved.

Deloitte refers to a Deloitte member firm, one of its related entities, or Deloitte Touche Tohmatsu Limited ("DTTL"). Each Deloitte member firm is a separate legal entity and a member of DTTL. DTTL does not provide services to clients. Please see www.deloitte.com/about to learn more.

本邮件（包括任何附件）含有专供明确的个人和目的使用的机密信息，并受法律保护。如果您并非该收件人，您应该删除此邮件。严禁披露、复制或者分发此邮件或者据此采取任何行动。

©2025 德勤·关黄陈方会计师师行（香港）、德勤·关黄陈方会计师事务所（澳门）、德勤华永会计师事务所（特殊普通合伙）（中国大陆）版权所有。保留一切权力。

Deloitte（"德勤"）泛指德勤成员所、其关联机构，或德勤有限公司。每一家德勤成员所均为独立的法律实体，同时也是德勤有限公司的成员。德勤有限公司并不向客户提供服务。请参阅 www.deloitte.com/about 了解更多详情。

----------------------------