UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   2:20-cv-10738-JAK-MAA                                    Date:  March 17, 2025

Title      Lendlease US Construction Inc. v. China Oceanwide Holdings Limited

Present:   The Honorable MARIA A. AUDERO, United States Magistrate Judge

|                 Cindy Delgado                  |                 N/A                 |
|:----------------------------------------------:|:-----------------------------------:|
|                  Deputy Clerk                  |        Court Reporter / Recorder    |

Attorney Present for Judgment Creditor:          Attorney Present for Judgment Debtor:
                N/A                                              N/A

**Proceedings (in Chambers):          Order to Show Cause re Contempt**

Corporate Defendant/Judgment Debtor China Oceanwide Holdings Limited ("China Oceanwide") is ordered to show cause, at an in-person hearing at **9:00 a.m. on Tuesday, April 1, 2025** in Courtroom 880 of the Edward R. Roybal Federal Building and United States Courthouse, 255 East Temple Street, Los Angeles, California 90012, why Magistrate Judge Maria A. Audero should not certify the attached proposed facts and refer this matter to District Judge John A. Kronstadt to initiate contempt proceedings for corporate Defendant's failure to comply with the court's December 30, 2024 and January 7, 2025 orders to appear for a judgment debtor exam.  (ECF Nos. 73, 76.)

It is so ordered.

Attachment:  Judgment Creditor/Plaintiff's Proposed Certification of Fact and Contempt Per 28 U.S.C. § 636 and Federal Rule of Criminal Procedure 42(A)